[No. 20735-8-III.   Division Three.   January 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SHONDA LARAE FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00075-1, Larry M. Kristianson, J., entered December 17, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20821-4-III.   Division Three.   January 28, 2003.]

THE CITY OF RICHLAND, *Respondent*, v. FRANKLIN TIEGS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-2-01693-5, Dennis D. Yule, J., entered January 23, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20870-2-III.   Division Three.   January 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON JOSEPH CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00948-9, James M. Murphy, J., entered January 23, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J. Now published at 116 Wn. App. 219.

[No. 20879-6-III.   Division Three.   January 28, 2003.]

ISRAEL VARGAS, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-01463-5, James P. Hutton, J., entered January 11, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ. Now published at 116 Wn. App. 30.